| | |
|---|---|
| Morris and Morris LLC<br>　Counselors At Law<br>4001 Kennett Pike, Suite 300<br>Wilmington, DE  19807<br>(302) 426-0400 | Weinstein Kitchenoff & Asher LLC<br>100 South Broad Street, Suite 705<br>Philadelphia, PA  19110-1061<br>(215) 545-7200 |

October 26, 2016

The Honorable Naomi Reice Buchwald
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

　　　　Re:　*In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11-MD-2262 (NRB) — *Gelboim et ano. v. Credit Suisse Group, et al.*, 12 Civ. 1025 (NRB)

Dear Judge Buchwald:

　　　We write as Interim Co-Lead Counsel for the Bondholder Plaintiff Class to inform the Court that Bondholder Plaintiffs have executed a settlement agreement with defendant UBS AG. This settlement agreement is subject to Court approval pursuant to Rule 23 of the Federal Rules of Civil Procedure, and we therefore anticipate preparing and submitting to the Court a more complete letter to request a pre-motion conference regarding a motion for preliminary approval of the settlement.

　　　The proposed motion will seek (a) preliminary approval of the settlement, and (b) certification of a Bondholder settlement class, including appointment of Interim Co-Lead Counsel for the Bondholder Plaintiff Class as counsel for the settlement class. The proposed motion will request deferral of a notice plan and plan of allocation to allow time to develop and process the extensive data pertinent to the formulation of those plans.

　　　　　　　　　　　　　　　　　　Respectfully,

| | |
|---|---|
| */s Karen L. Morris*<br>Karen L. Morris<br>Patrick F. Morris<br>R. Michael Lindsey | */s David H. Weinstein*<br>David H. Weinstein<br>Robert S. Kitchenoff |

　　　　　　　　　　*Interim Co-Lead Counsel for the Bondholder Class*

Of Counsel:
Thomas C. Goldstein
Eric F. Citron
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
(202) 362-0636