| | |
|---|---|
| Morris and Morris LLC<br>   Counselors At Law<br>4001 Kennett Pike, Suite 300<br>Wilmington, DE  19807<br>(302) 426-0400 | Weinstein Kitchenoff & Asher LLC<br>100 South Broad Street, Suite 705<br>Philadelphia, PA  19110-1061<br>(215) 545-7200 |

October 26, 2016

The Honorable Naomi Reice Buchwald
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

      Re:    *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11-MD-2262 (NRB) — *Gelboim et ano. v. Credit Suisse Group, et al.*, 12 Civ. 1025 (NRB)

Dear Judge Buchwald:

      We write as Interim Co-Lead Counsel for the Bondholder Plaintiff Class to inform the Court that Bondholder Plaintiffs have executed a binding term sheet regarding a settlement with defendant Barclays Bank PLC.  The parties are finalizing a long-form settlement agreement, which will be subject to Court approval pursuant to Rule 23 of the Federal Rules of Civil Procedure.  We anticipate preparing and submitting to the Court a more complete letter to request a pre-motion conference regarding a motion for preliminary approval of the settlement following execution of the settlement agreement.

      The proposed motion will seek (a) preliminary approval of the settlement, and (b) certification of a Bondholder settlement class, including appointment of Interim Co-Lead Counsel for the Bondholder Plaintiff Class as counsel for the settlement class.  The proposed motion will request deferral of a notice plan and plan of allocation to allow time to develop and process the extensive data pertinent to the formulation of those plans.

      Respectfully,

| | |
|---|---|
| */s Karen L. Morris*<br>Karen L. Morris<br>Patrick F. Morris<br>R. Michael Lindsey | */s David H. Weinstein*<br>David H. Weinstein<br>Robert S. Kitchenoff |

      *Interim Co-Lead Counsel for the Bondholder Class*

Of Counsel:
Thomas C. Goldstein
Eric F. Citron
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
(202) 362-0636