UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 <br> Master File No. 1:11-md-02262-NRB <br> ECF Case |
| THIS DOCUMENT RELATES TO: <br> Case No. 12-CV-1025 (NRB) | |

**BONDHOLDER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF NOTICE PROGRAM AND PRELIMINARY APPROVAL OF PLAN OF ALLOCATION FOR SETTLEMENTS WITH BARCLAYS BANK PLC, UBS AG, AND HSBC BANK PLC**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, Plaintiffs Ellen Gelboim and Linda Zacher ("Bondholder Plaintiffs") will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for: (i) approval of the Notice Program to members of the Bondholder Settlement Class in connection with the settlements ("Settlements") reached between Bondholder Plaintiffs and, respectively, defendants Barclays Bank plc, UBS AG, and HSBC Bank plc in the above-captioned action; and (ii) preliminary approval of a Plan of Allocation of the aggregate net settlement fund from the Settlements.

Submitted herewith in support of Bondholder Plaintiffs' motion are: (i) a memorandum in support of the motion; (ii) the joint declaration of Karen L. Morris and Robert S. Kitchenoff in support of the motion; (iii) the declaration of Stephen J. Cirami of The Garden City Group LLC,

the Claims Administrator for the Settlements; and (iv) Bondholder Plaintiffs' proposed form of order granting the relief sought in this motion.

September 22, 2017

| | |
|---|---|
| */s Karen L. Morris* | */s David H. Weinstein* |
| Karen L. Morris (Bar No. 1939701) | David H. Weinstein |
| Patrick F. Morris | Robert S. Kitchenoff |
| R. Michael Lindsey | WEINSTEIN KITCHENOFF & ASHER LLC |
| MORRIS AND MORRIS LLC | 100 South Broad Street, Suite 705 |
|     COUNSELORS AT LAW | Philadelphia, PA 19110 |
| 4023 Kennett Pike, #254 | Tel: (215) 545-7200  Fax: (215) 545-6535 |
| Wilmington, DE  19807 | Email: weinstein@wka-law.com |
| Tel.: (302) 426-0400 |          kitchenoff@wka-law.com |
| Email: kmorris@morrisandmorrislaw.com | |
|         pmorris@morrisandmorrislaw.com | |
|         rmlindsey@morrisandmorrislaw.com | |

*Attorneys for Plaintiffs Ellen Gelboim and Linda Zacher*

Of Counsel:
Thomas C. Goldstein
Eric F. Citron
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
(202) 362-0636

**CERTIFICATION OF SERVICE**

I hereby certify that on September 22, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

    /s/ Patrick F. Morris
PATRICK F. MORRIS