| | |
|---|---|
| Morris and Morris LLC<br>    Counselors At Law<br>4023 Kennett Pike, № 254<br>Wilmington, DE  19807<br>(302) 426-0400 | Weinstein Kitchenoff & Asher LLC<br>150 Monument Road, Suite 107<br>Bala Cynwyd, PA  19004<br>(215) 545-7200 |

June 16, 2020

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

  Re: *In re LIBOR-Based Financial Instruments Antitrust Litigation,* No. 11-MD-2262 (NRB);
    *Gelboim v. Credit Suisse Group, et al.*, No. 12 Civ. 1025 (NRB)

Dear Judge Buchwald:

We write as Bondholder Settlement Class Counsel for the Bondholder Class.  We are refiling (i) documents previously submitted in support of Bondholder Plaintiffs' Motion for Approval of Notice Program and Preliminary Approval of Plan of Allocation (the "Motion"), filed on May 21, 2020 (ECF No. 3095 through 3095-11), having made changes in certain documents, and (ii) the Declaration of Professor Fernando Alvarez, and Bondholder Daily Suppression Chart, filed on June 10, 2020 (ECF Nos. 3100-9 and 3100-10).  Any documents with changes from the May 21 filed version are being filed in both redline form and in clean form.  The following documents are here being filed:

1. Pre-Motion Letter in connection with the Motion (previously filed as ECF No. 3095);
2. Notice of Motion and Motion. Redline (previously filed as ECF No. 3095-1);
3. Notice of Motion and Motion. Clean;
4. Memorandum of Law in Support of the Motion. Redline (previously filed as ECF No. 3095-2);
5. Memorandum of Law in Support of the Motion. Clean;
6. Declaration of Karen L. Morris and Robert S. Kitchenoff ("Counsel Decl.") (previously filed as ECF No. 3095-3);
7. Ex. 1 to Counsel Decl. – Proposed Plan of Allocation (previously filed as ECF No. 3095-4);
8. Ex. 2 to Counsel Decl. – [Proposed] Stipulated Protective Order (previously filed as ECF No. 3095-5);
9. Declaration of Cameron R. Azari ("Azari Decl.") (previously filed as ECF No. 3095-6);
10. Ex. 1 to Azari Decl. – CV (previously filed as ECF No. 3095-7);
11. Ex. 2 to  Azari Decl. – Proposed Direct Notice. Redline (previously filed as ECF No. 3095-8);
12. Ex. 2 to Azari Decl. – Proposed Direct Notice. Clean;
13. Ex. 3 to Azari Decl. – Proposed Summary Notice. Redline (previously filed as ECF No. 3095-9);
14. Ex. 3 to Azari Decl. – Proposed Summary Notice. Clean;

The Honorable Naomi Reice Buchwald
June 16, 2020
Page 2

15. Ex. 4 to Azari Decl. – Proposed Proof of Claim Form (previously filed as ECF No. 3095-10);
16. The Declaration of Professor Fernando Alvarez ("Alvarez Decl.") (previously filed as ECF No. 3100-9);
17. Ex. 1 to the Alvarez Decl. – Bondholder Daily Suppression Chart (previously filed as ECF No. 3100-10);
18. The [Proposed] Order. Redline (previously filed as ECF No. 3095-11); and
19. The [Proposed] Order. Clean.

Respectfully,

/s Karen L. Morris                                    /s Robert S. Kitchenoff
Karen L. Morris                                       Robert S. Kitchenoff
Patrick F. Morris                                     David H. Weinstein

*Bondholder Settlement Class Counsel and*
*Attorneys for Plaintiffs Ellen Gelboim and Linda Zacher*

Of Counsel:
Thomas C. Goldstein
Eric F. Citron
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
(202) 362-0636