Case 1:17-cv-01025-NRB Document 40 Filed 10/19/21 Page 1 of 1
Case 1:11-md-02262-NRB Document 2800 Filed 10/19/21 Page 1 of 1

N.Y.S.D. Case # 11-md-2262(NRB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand and twenty-one.

Before:     Debra Ann Livingston,
                   *Chief Judge.*

_____

Schwab Short-Term Bond Market Fund, et al.,

     Plaintiffs - Appellants,

v.

Lloyds Banking Group plc, Bank of America Corporation, et al,

     Defendants - Appellees,

_____

**ORDER**

Docket Nos. 17-1569(L), 17-1915(con), 17-1989(con), 17-2056(con), 17-2343(con), 17-2347(con), 17-2351(con), 17-2352(con), 17-2360(con), 17-2376(con), 17-2381(con), 17-2383(con), 17-2413(con)

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: Oct 19 2021

The Plaintiffs-Appellants in docket 17-1989 move for (1) severance of Appellee the Bank of Tokyo-Mitsubishi UFJ, Ltd. (now known as MUFG Bank, Ltd. and referred to herein as "MUFG") from their appeal (No. 17-1989) only, (2) stay of the appeal as to MUFG only, and (3) remand of that portion of the matter for the district court to consider preliminary and final approval of a proposed class action settlement.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants are directed to file a stay status update letter every 30 days, beginning 30 days from the date of this order.

                                            For the Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/19/2021